IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| AEROSOL PACKAGING, LLC, | : | CASE NO. 06-67096-MHM |
| A Georgia limited liability company, | : | |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |
| | : | |
| AEROSOL PACKAGING, LLC, | : | |
| A Georgia limited liability company, | : | ADVERSARY PROCEEDING |
| d/b/a AEROSOL SPECIALTIES, | : | NO. _____ |
| | : | |
| Plaintiff, | : | 07-9002 |
| | : | |
| v. | : | |
| BREEZE PRODUCTS, INC., | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

FILED
IN CLERK'S OFF.
BANKRUPTCY
NORTHERN DIST.
OF GEORGIA

JAN 23 2007 PM 1:48

W. YVONNE EVA
CLERK
DEPUTY CLERK

**COMPLAINT ON OPEN ACCOUNT, *QUANTUM MERUIT*,
AND EXPENSES OF LITIGATION**

COMES NOW, Chapter 11 Debtor-in-Possession Aerosol Packaging, LLC d/b/a

Aerosol Specialties ("Aerosol"), by and through its undersigned counsel of record, and

hereby files this its COMPLAINT ON OPEN ACCOUNT, *QUANTUM MERUIT*, AND

EXPENSES OF LITIGATION, respectfully showing as follows:

## JURISDICTION AND VENUE

1.

Aerosol is a Georgia limited liability company in good standing and a Chapter 11 Debtor-in-Possession, having filed its Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") on June 21, 2006 (the "Petition Date").

2.

This adversary proceeding is commenced pursuant to Bankruptcy Rule 7001, et seq., of the Federal Rules of Bankruptcy Procedure.

3.

This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334.

4.

Venue is proper in this Court pursuant to 28 U.S.C. §1409 because this is an adversary proceeding arising under and in connection with a case pending in this district under the Bankruptcy Code.

5.

This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

6.

Defendant Breeze Products, Inc. ("Defendant") is a foreign corporation and may be served with process by and through its registered agent for service of process, Michael Lemle, at 7905 9th Avenue SO, St. Petersburg, Florida 33707.

### First Claim for Relief

### Open Account

7.

Aerosol hereby incorporates by this reference paragraphs 1 through 6 hereinabove as though each were fully restated herein.

8.

At Defendant's specific request, Aerosol provided packaging and product preparation services to Defendant on open account.

9.

Aerosol's packaging services provided to Defendant on open account included packaging products into aluminum and/or tin plate aerosol cans and/or other containers.

10.

Aerosol has performed all of its obligations such that the only outstanding obligation that remains is Defendant's obligation to pay Aerosol for Aerosol's services and products.

11.

Defendant is indebted on open account to Aerosol in the principal amount of $29,146.12. True and correct copies of Aerosol's invoices for the amounts due by Defendant are attached hereto and incorporated herein by this reference as Exhibit "A".

12.

Pursuant to the terms of Defendant's account with Aerosol and Georgia law, amounts owed by Defendant to Aerosol more than thirty (30) days accrue interest at the rate of 1.5% per month.

## Second Claim for Relief

### *Quantum Meruit*

13.

Aerosol hereby incorporates by this reference paragraphs 1 through 12 hereinabove as though each were fully restated herein.

14.

Aerosol provided Defendant its services and products based upon the authorization, approval, directions and requests of Defendant, such that there arose an implied contract for Defendant to compensate Aerosol for the reasonable value of its services and products.

15.

The reasonable value of Aerosol's packaging services and products provided to and accepted by Defendant is not less than $29,146.12.

## Third Claim for Relief

### Expenses of Litigation

16.

Aerosol hereby incorporates by this reference paragraphs 1 through 15 hereinabove as though each were fully restated herein.

17.

Defendant has acted in bad faith, has been stubbornly litigious, and has caused Aerosol unnecessary trouble and expense in the recovery of amounts owed to Aerosol; Aerosol is entitled to recover from Defendant its expenses of litigation, including its reasonable attorney fees incurred to recover amounts due and owing, pursuant to O.C.G.A § 13-6-11.

WHEREFORE, Aerosol respectfully requests that final judgment be entered in its favor against Defendant for the following:

1)  Specific principal damages for Defendant's overdue open account in the amount $29,146.12, or for at least the same amount as the reasonable value of Aerosol's services and products under *Quantum Meruit*;

2)  Prejudgment interest calculated at the rate of 1.5% from the date any principal amount became overdue through the date of judgment;

3)  Aerosol's expenses of litigation;

4)  Postjudgment interest on items on the principal amount and expenses of litigation at the legal maximum rate until the judgment is satisfied; and,

5)  All such further relief deemed proper by the Court.

Dated this 23rd day of January, 2007.

Respectfully submitted,

**JAMPOL, SCHLEICHER, JACOBS & PAPADAKIS, LLP**

Attorneys for Plaintiff
Aerosol Packaging, LLC

By: _____
Brian L. Schleicher
Georgia State Bar No. 629321
Anthony Lakes
Georgia State Bar No. 431153
Lisa K. Rose
Georgia State Bar No. 614204

11625 Rainwater Drive, Suite 350
Alpharetta, Georgia  30004
Telephone:  (770) 667-1290
Facsimile:  (770) 667-1690
bschleicher@jsjplaw.com
alakes@jsjplaw.com
lrose@jsjplaw.com

EXHIBIT "A"

# Invoice

| | |
|---|---|
| **Invoice No** | **Page** |
| 30405 | 1 |
| **Invoice Date** | |
| 3/24/2006 | |

Bill To:

Breeze Products
7401 114th Avenue North
Suite 503
Largo, FL 33773
US

Ship To:

Breeze Products
7401 114th Avenue North
Suite 503
Largo, FL 33773
US

| Order number | Sales order date | Account number | Loc | Account manager | | |
|---|---|---|---|---|---|---|
| 25028 | 3/2/2006 | BRE01 | 30 | 6 House Accounts | | |
| | PO number | Job No | Ship Via | PPD/COL | | |
| | JS83710 | | SOUTHEASTERN | Collect | | |
| Item No. | Quantity ordered | Qty Shipped/Returned | Item price | UOM | Extended Price |
| Description | | Quantity on back order | Discount % | | |
| BRE01001 | 6,000.000000 | 6,298.000000 | 1.828500 | EA | |
| SELF TANNING SPRAY COCONUT / SCENT | | | | | 11,515.89 |

| | | | |
|---|---|---|---|
| **Comments:** | BOL #3238 | **Sales amount:** | 11,515.89 |
| | | **Miscellaneous amount:** | 0.00 |
| | | **Freight:** | 0.00 |
| | | **Sales tax:** | 0.00 |
| | | **Subtotal:** | 11,515.89 |
| | | **Amount Received:** | 0.00 |
| **Payment terms:** | Net 30 | **Total amount due:** | **11,515.89** |

(C)2003 Exact Software

# Invoice

|  | Invoice No | Page |
|---|---|---|
|  | 30696 | 1 |
|  | **Invoice Date** |  |
|  | 4/11/2006 |  |

Bill To:

Breeze Products
7401 114th Avenue North
Suite 503
Largo, FL 33773
US

Ship To:

Breeze Products
7401 114th Avenue North
Suite 503
Largo, FL 33773
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 25434 | 3/31/2006 | BRE01 | 30 | 6 House Accounts |
| **PO number** | | **Job No** | **Ship Via** | **PPD/COL** |
| JS83735 | | | SOUTHEASTERN | Collect |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Price |
|---|---|---|---|---|---|
| BRE01001 SELF TANNING SPRAY COCONUT / SCENT | 8,000.000000 | 5,484.000000 2,516.000000 | 1.828500 | EA | 10,027.49 |

**Comments:**   BOL #3350

| | |
|---|---|
| **Sales amount:** | 10,027.49 |
| **Miscellaneous amount:** | 0.00 |
| **Freight:** | 0.00 |
| **Sales tax:** | 0.00 |
| **Subtotal:** | 10,027.49 |
| **Amount Received:** | 0.00 |
| **Total amount due:** | **10,027.49** |

**Payment terms:** Net 30

(C)2003 Exact Software

# Invoice

| | |
|---|---|
| **Invoice No** | **Page** |
| 30853 | 1 |
| **Invoice Date** | |
| 4/25/2006 | |

Bill To:

Breeze Products
7401 114th Avenue North
Suite 503
Largo, FL 33773
US

Ship To:

Breeze Products
7401 114th Avenue North
Suite 503
Largo, FL 33773
US

| Order number | Sales order date | Account number | Loc | Account manager |
|---|---|---|---|---|
| 25434 | 3/31/2006 | BRE01 | 30 | 6 House Accounts |
| **PO number** | | **Job No** | **Ship Via** | **PPD/COL** |
| JS83735 | | | SOUTHEASTERN | Collect |

| Item No. Description | Quantity ordered | Qty Shipped/Returned Quantity on back order | Item price Discount % | UOM | Extended Price |
|---|---|---|---|---|---|
| BRE01001 SELF TANNING SPRAY COCONUT / SCENT | 2,516.000000 | 2,628.000000 | 1.828500 | EA | 4,805.30 |

**Comments:** BOL # 3452

**Payment terms:** Net 30

| | |
|---|---|
| **Sales amount:** | 4,805.30 |
| **Miscellaneous amount:** | 0.00 |
| **Freight:** | 0.00 |
| **Sales tax:** | 0.00 |
| **Subtotal:** | 4,805.30 |
| **Amount Received:** | 0.00 |
| **Total amount due:** | **4,805.30** |

(C)2003 Exact Software

# Invoice

| | Invoice No | Page |
|---|---|---|
| | 30954 | 1 |
| | **Invoice Date** | |
| | 4/27/2006 | |

Bill To:

Breeze Products
7401 114th Avenue North
Suite 503
Largo, FL 33773
US

Ship To:

Breeze Products
7401 114th Avenue North
Suite 503
Largo, FL 33773
US

| Order number | Sales order date | Account number | Loc | Account manager | | |
|---|---|---|---|---|---|---|
| 25817 | 4/28/2006 | BRE01 | 30 | 6 House Accounts | | |
| **PO number** | | **Job No** | **Ship Via** | **PPD/COL** | | |
| JS83735 | | | SOUTHEASTERN | | | |
| **Item No.** | **Quantity ordered** | **Qty Shipped/Returned** | | **Item price** | **UOM** | **Extended Price** |
| Description | | Quantity on back order | | Discount % | | |
| BRE01001 | 1.000000 | 1,488.000000 | | 1.880000 | EA | |
| SELF TANNING SPRAY COCONUT / SCENT | | | | | | 2,797.44 |

| **Comments:** | BOL # 3170 | **Sales amount:** | 2,797.44 |
|---|---|---|---|
| | | **Miscellaneous amount:** | 0.00 |
| | | **Freight:** | 0.00 |
| | | **Sales tax:** | 0.00 |
| | | **Subtotal:** | 2,797.44 |
| | | **Amount Received:** | 0.00 |
| **Payment terms:** | Net 30 | **Total amount due:** | **2,797.44** |

(C)2003 Exact Software

FORM 104 (10/06)

**07-9002**

FILED IN CLERK'S OFFICE
W. YVONNE EVANS, CLERK
JAN 23 2007
BY: _____ DEPUTY CLERK

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Aerosol Packaging, LLC d/b/a Aerosol Specialties | **DEFENDANTS**<br>Breeze Products, Inc. |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Brian L. Schleicher & Lisa K. Rose<br>Jampol, Schleicher, Jacobs & Papadakis, LLP<br>11625 Rainwater Drive, Suite 350,<br>Alpharetta, GA 30004   770-667-1290 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint to recover on account receivable.

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – reinstatement of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $   29,146.12 |

Other Relief Sought

FORM 104 (10/06), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Aerosol Packaging, LLC | | | BANKRUPTCY CASE NO.<br>06-67096-MHM |
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District of Georgia | | DIVISIONAL OFFICE<br>Atlanta | NAME OF JUDGE<br>Margaret H. Murphy |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | | |
| DATE<br>1/23/07 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Brian L. Schleicher | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, if it is required by the court. In some courts, the cover sheet is not required when the adversary proceeding is filed electronically through the court's Case Management/Electronic Case Files (CM/ECF) system. (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and the defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and in the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# 07-9002 Judge__HHM.

## NEW ADVERSARY CHECKLIST

( ✓ )   Complete Filing
(   )   Incomplete Filing

<u>Check-mark the following documents that are missing:</u>

(   )   Summons
(   )   Adversary Cover Sheet
(   )   Complaint

```
               U. S. BANKRUPTCY COURT
           NORTHERN DISTRICT OF GEORGIA
                 ATLANTA DIVISION

                # 01099173 - GG
                January 23, 2007



Code      Case No      Qty       Amount By

AD1       07-09002               $250.00 CK
   Judge  - Margaret H. Murphy
   Debtor - AEROSOL PACKAGING


TOTAL:                           $250.00


FROM: Jampol, Schleicher, Jacobs & Papadakis, LLP
      500 North Winds Center West
      11625 Rainwater Drive, Suite 350
      Alpharetta, GA 30004-8675
```

Page 1